CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISHNA DEVKOTA, *et al.*,<br><br>                    Plaintiffs,<br><br>      v.<br><br>JOSEPH B. EDLOW, Director, United States<br>Citizenship and Immigration Services, *et al.*<br><br>                    Defendants. | Case no. 3:25-cv-09821-CRB<br><br>**STIPULATION TO STAY PROCEEDINGS;<br>[~~PROPOSED~~] ORDER** |

The parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until June 5, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiffs filed this mandamus action seeking adjudication of their Form I-485, Application to Register Permanent Residence or Adjust Status. On March 2, 2026, United States Citizenship and Immigration Services ("USCIS") issued a Notice of Intent to Deny ("NOID") on Plaintiff Pathak's Form I-485 application. Once USCIS receives Plaintiff Pathak's response to the NOID, the agency will work diligently towards completing adjudication of Plaintiff's application.

Stip. to Stay Proceedings
Case no. 3:25-cv-09821-LJC                         1

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until June 5, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: March 13, 2026

Respectfully submitted[1],
CRAIG H. MISSAKIAN
United States Attorney

 /s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: March 13, 2026

 /s/ Bernard Wolfsdorf
BERNARD WOLFSDORF
WR Immigration
Attorney for Plaintiffs

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 16, 2026

HON. CHARLES R. BREYER
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stip. to Stay Proceedings
Case no. 3:25-cv-09821-LJC                    2