CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISHNA DEVKOTA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services, *et al.*<br><br>Defendants. | Case no. 3:25-cv-09821-CRB<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [~~PROPOSED~~] ORDER** |

The parties apologize to the Court for their delay in submitting a status report by June 5, 2026, due to the need for the parties to confer on the case status and reach agreement on the stipulation. The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form I-485, Application to Register Permanent Residence or Adjust Status. On March 16, 2026, the Court granted the parties' request to continue the stay of proceedings until June 5, 2026, to allow Plaintiff Pathak time to respond USCIS's Notice of Intent to Deny ("NOID"). *See* Dkt. No. 11. USCIS received and reviewed Plaintiff's response to the NOID. On June 5, 2025, USCIS issued a denial on Plaintiff Pathak's Form I-485. Plaintiffs are requesting additional time to determine how they would like to proceed. Accordingly, the parties conferred and agreed to continue the stay of proceedings.

Stip. to Stay Proceedings
Case no. 3:25-cv-09821-CRB                              1

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until June 22, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: June 9, 2026

Respectfully submitted[1],
CRAIG H. MISSAKIAN
United States Attorney

 /s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: June 9, 2026

 /s/ Bernard Wolfsdorf
BERNARD WOLFSDORF
WR Immigration
Attorney for Plaintiffs

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 11, 2026

HON. CHARLES R. BREYER
United States District Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stip. to Stay Proceedings
Case no. 3:25-cv-09821-CRB                    2